**Fill in this Information to Identify the case:**

United States Bankruptcy Court for the

Southern District of Florida

Case number (if known) _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. Debtor's name | Marangoni Tread Latino America Industria e Comercio de Artefatos de Borracha Ltda. |
| 2. Debtor's unique Identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __<br>☑ Other _Nat'l Registry of Legal Entities of the Ministry of Finance_. Describe Identifier _02.551.474.0001-57_.<br><br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>☐ Other _____. Describe identifier _____. |
| 3. Name of foreign representative(s) | Otavio de Paoli Balbino de Almeida Lima |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | Reorganization Procedure of Marangoni Tread Latino Ameerica Industria e Comercio |
| 5. Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. _Decision commencing the foreign proceeding and order appointing foreign representative_ |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor   Marangoni Tread Latino America Industria e Cor          Case number (if known) _____
         Name

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Brazil

Debtor's registered office:

KM 01, LMG-800, Distrito Industrial
Number    Street

33400-000 (ZIP)
P.O. Box

Lagoa Santa - MG
City       State/Province/Region    ZIP/Postal Code

Brazil
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City       State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

Rua Alagoas 1000, sl. 1307 - Funcionario
Number    Street

30130-160 (ZIP)
P.O. Box

Belo Horizonte - MG
City       State/Province/Region    ZIP/Postal Code

Brazil
Country

**10. Debtor's website (URL)**   https://br.marangoni.com/

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Marangoni Tread Latino America Industria e Cor
Name

Case number (if known) _____

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _/s/ Otavio de Paoli Balbino_      Otavio de Paoli Balbino de Almeida Lima
Signature of foreign representative      Printed name

Executed on 02/15/2019
            MM / DD / YYYY

X _/s/ Otavio de Paoli Balbino_      _____
Signature of foreign representative      Printed name

Executed on 02/15/2019
            MM / DD / YYYY

**14. Signature of attorney**

X /s/ Gregory Grossman          Date 2/15/2019
Signature of Attorney for foreign representative      MM / DD / YYYY

Gregory S. Grossman
Printed name

Sequor Law
Firm name

1001 Brickell Bay Drive, 9th Floor
Number    Street

Miami                              FL    33131
City                               State  ZIP Code

(305) 372-8202                     ggrossman@sequorlaw.com
Contact phone                       Email address

896667                              FL
Bar number                          State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3